United States District Court
Southern District of Texas
FILED

MAY 1 2 2015

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-15-550** |
| JUAN ALBERTO SALAZAR | § § | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about October 16, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JUAN ALBERTO SALAZAR**

being an alien who was illegally and unlawfully in the United States, did knowingly possess in and affecting interstate and foreign commerce a firearm, namely, a Smith & Wesson M&P, Model 15-22, .22LR caliber rifle.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

### Count Two

On or about October 16, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JUAN ALBERTO SALAZAR**

being an alien who was illegally and unlawfully in the United States, did knowingly possess in and affecting interstate and foreign commerce a firearm, namely, a Sig Sauer, Model P250, 9mm caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

## NOTICE OF FORFEITURE
## 18 U.S.C. §922(g)(5)(A)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**JUAN ALBERTO SALAZAR**

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(5)(A), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

Smith & Wesson M&P rifle

Sig Sauer pistol.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY